[No. 64756-3-I.   Division One.   February 22, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. DOMANIQUE MOORE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 08-1-14439-5, James D. Cayce, J., entered January 11, 2010. *Remanded* by unpublished per curiam opinion.

[No. 64957-4-I.   Division One.   February 22, 2011.]

THE STATE OF WASHINGTON, *Appellant*, v. D.A.R., *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 09-8-03344-9, Christopher A. Washington, J., entered January 11, 2010. *Reversed* by unpublished opinion per Becker, J., concurred in by Dwyer, C.J., and Leach, J.

[No. 36482-4-II.   Division Two.   February 23, 2011.]

NORTHWEST CASCADE, INC., *Appellant*, v. TITANIC INVESTMENTS, INC., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 03-2-07073-0, Henry Haas, J. Pro Tem., entered May 30, 2007. *Reversed* and *remanded* by unpublished opinion per Quinn-Brintnall, J., concurred in by Penoyar, C.J., and Johanson, J.

[No. 39160-1-II.   Division Two.   February 23, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID C. DICKJOSE, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 07-1-06241-8, James R. Orlando, J., entered April 10, 2009. *Reversed* and *remanded* by unpublished opinion per Hunt, J., concurred in by Armstrong and Van Deren, JJ.